



★ ★ ★                                                        ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00618-CR

Alfredo **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 03-04-871-CR
Honorable Camile G. DuBose, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed: October 28, 2009

DISMISSED

Appellant Alfredo Rodriguez has filed a motion to dismiss this appeal. The motion is signed by both Rodriguez and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH